# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 15-43239-659 |
| LAURA B STINSON ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 26 filed by |
| ) | BAYVIEW LOAN SERVICING LLC |
| ) | Acct: 3477 |
| ) | Amount: $77,315.54 |
| **Debtor** ) | Response Due: September 25, 2015 |
| ) | |

## TRUSTEE'S OBJECTION TO CLAIM 26

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of BAYVIEW LOAN SERVICING LLC dated August 25, 2015, should be allowed but the Court should enter an order directing that the claim will not be paid by the Trustee. The plan provides for surrender of the collateral. After sale of the collateral, the creditor may file an amended claim for the deficiency balance.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

## NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO  63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

Dated: September 04, 2015                     /s/ John V. LaBarge, Jr.
                                              John V. LaBarge, Jr.
OBJCLM--JS                                    Standing Chapter 13 Trustee
                                              P.O. Box 430908
                                              St. Louis, MO  63143
                                              (314) 781-8100  Fax: (314) 781-8881
                                              trust33@ch13stl.com

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of September 04, 2015.

                                                                               /s/ John V. LaBarge, Jr.

| | |
|---|---|
| LAURA B STINSON<br>2054 RUNNINGRIDGE COURT APT B<br>MARYLAND HEIGHTS, MO  63043 | BAYVIEW LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD<br>5TH FL<br>CORAL GABLES, FL  33146 |
| ROBERT E FAERBER<br>230 S BEMISTON<br>STE 600<br>CLAYTON, MO  63105 | MARTIN LEIGH LAWS & FRITZLEN<br>1044 MAIN ST<br>STE 900<br>KANSAS CITY, MO  64105 |